**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 16, 2015

Hon. Henry Garza
District Attorney
P. O. Box 540
Belton, TX 76513
* DELIVERED VIA E-MAIL *

Hon. John Kuchera
Attorney at Law
210 N. 6th Street
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Bob Odom
Assistant District Attorney
P. O. Box 540
Belton, TX 76513
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00616-CR
Tr.Ct.No. 68115
Style:    Michael Fitzgerald Reese v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

*Cecile Foy Gsanger*

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:     27th District Court
        Hon. Shelia F. Norman, District Clerk Bell County